**No. 10-238. Arizona Free Enterprise Club's Freedom Club PAC, et al., Petitioners v. Ken Bennett, Secretary of State of Arizona, et al.**

**No. 10-239. John McComish, et al., Petitioners v. Ken Bennett, Secretary of State of Arizona, et al.**

562 U.S. 1282, 131 S. Ct. 1672, 179 L. Ed. 2d 522, 2011 U.S. LEXIS 2113.

March 18, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Motion of petitioners for divided argument denied.

---

**No. 10-313. Talk America, Inc., Petitioner v. Michigan Bell Telephone Company, dba AT&T Michigan.**

**No. 10-329. Orjiakor Isiogu, et al., Petitioners v. Michigan Bell Telephone Company, dba AT&T Michigan.**

562 U.S. 1282, 131 S. Ct. 1673, 179 L. Ed. 2d 522, 2011 U.S. LEXIS 2110.

March 18, 2011. Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. Justice Kagan took no part in the consideration or decision of this motion.